# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

**BINOD SHAH**                                   **CIVIL ACTION NO. 3:19-CV-1164**

**VERSUS**                                        **JUDGE TERRY A. DOUGHTY**

**DIRECTOR, JACKSON PARISH**          **MAG. JUDGE KAREN L. HAYES**
**CORRECTONAL CENTER, ET AL.**

## JUDGMENT

For the reasons set forth in the Court's Ruling

IT IS ORDERED, ADJUDGED, AND DECREED that the "Petition for Writ of Habeas

Corpus with Emergency Order to Show Cause Within Three Days Pursuant to 28 U.S.C. § 2241,

et seq." [Doc. No. 1] is DENIED AND DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that the Motion for Emergency Stay of Removal [Doc. No.

2] is DENIED AS MOOT.

MONROE, LOUISIANA, this 6th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE